Patrick J. Davis, #013808
S. Matt Collins, #012095
David W. Garbarino, #022452
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.889.8150
Facsimile: 602.889.8155
patrick.davis@fnf.com
matt.collins@fnf.com
david.garbarino@fnf.com
*Attorneys for CWB Holdings, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In RE:<br><br>PATRICIA MARCELLO ANDERSON and ANTHONY MARCUS ANDERSON,<br><br>Debtor.<br><br>CWB HOLDINGS, LLC<br><br>Plaintiff,<br>v.<br><br>ANTHONY MARCUS ANDERSON and PATRICIA MARCELLO ANDERSON, husband and wife,<br><br>Defendants. | CHAPTER 7 PROCEEDING<br><br>No. 2:14-bk-12221-GBN<br><br>Adv. No. 2:14-ap-00927-GBN<br><br>**PLAINTIFF CWB HOLDINGS, NOTICE OF SERVICE OF FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>(Assigned to the Honorable George B. Nielsen) |

Please take notice that on April 14, 2016, Plaintiff CWB Holdings, LLC, by and through undersigned counsel, served its First Request for Production upon Defendants in the above-referenced action.

DATED this 14th day of April, 2016.

/s/ Patrick J. Davis
Patrick J. Davis
S. Matt Collins
David W. Garbarino
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona 85016
*Attorneys for Plaintiff CWB Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2016, I served via US Mail, postage prepaid, Plaintiff's First Request for Production on the following:

Adam E. Hauf
**HAUF LAW, PLC**
4225 West Glendale, Suite A104
Phoenix, Arizona 85051
*Attorney for Defendants*

/s/ *Danette Valencia*