**ORDERED ACCORDINGLY.**

**Dated: May 31, 2016**



*George B. Nielsen, Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| PATRICIA MARCELLO ANDERSON and ANTHONY MARCUS ANDERSON, | Case No.: 2:14-bk-12221-GBN |
| Debtors. | Adversary No.: 2:14-ap-00927-GBN |
| CWB HOLDINGS, LLC, | |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR EXTENSION TO FILE A LIST OF EXHIBITS AND COMPLETE FORMAL DISCOVERY AND PLAINTIFF'S RESPONSE |
| v. | |
| ANTHONY MARCUS ANDERSON and PATRICIA MARCELLO ANDERSON, husband and wife, | |
| Defendants. | |

Defendants filed a Motion for extension to file a list of exhibits and complete formal discovery (DN 54) and Plaintiff filed its Response to Defendants' Motion and Motion to preclude evidence (DN 56). A hearing regarding the Motion and Response will be conducted on the 7th day of June, 2016 at 10:00 a.m., in Courtroom No. 602, Sixth Floor, 230 N. First Avenue, Phoenix, Arizona.

ORDERED ACCORDINGLY.

1  COPY of the foregoing mailed by the BNC to:

2  Adam E. Hauf
   Hauf Law PLC
3  4225 W. Glendale, Suite A104
   Phoenix, AZ 85051
4
   Patrick J. Davis
5  S. Matt Collins
   David W. Garbarino
6  Fidelity National Law Group
   2355 E. Camelback Rd., Suite 900
7  Phoenix, AZ 85016

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26