UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:14–bk–12221–GBN |
| PATRICIA MARCELLO ANDERSON and ANTHONY MARCUS ANDERSON | Chapter: 7 |
| *Debtor(s)* | |

| | |
|---|---|
| CWB Holdings, LLC | Adversary No.: 2:14–ap–00927–GBN |
| *Plaintiff(s)* | |
| v. | |
| ANTHONY MARCUS ANDERSON et al. | |
| *Defendant(s)* | |

# NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 7/19/16 at 2:00 PM has been vacated on the Courts's own motion.

This matter has been RESCHEDULED for hearing on 8/2/16 at 11:00 AM at 230 N. First Avenue, 6th Floor, Courtroom 602, Phoenix, AZ before the Honorable George B. Nielsen Jr. to consider and act upon the following matter:

CONTINUED HEARING ON PLAINTIFF'S CROSS MOTION TO PRECLUDE EVIDENCE

**Date: June 21, 2016**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** | Clerk of the Bankruptcy Court: |
| U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003–1727 Telephone number: (602) 682–4000 www.azb.uscourts.gov | **George Prentice** |