ORDERED ACCORDINGLY.

Dated: July 11, 2016

George B. Nielsen, Bankruptcy Judge

Patrick J. Davis, #013808
S. Matt Collins, #012095
David W. Garbarino, #022452
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone: 602.889.8150
Facsimile: 602.889.8155
patrick.davis@fnf.com
matt.collins@fnf.com
david.garbarino@fnf.com
*Attorneys for CWB Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In RE:<br><br>PATRICIA MARCELLO ANDERSON and ANTHONY MARCUS ANDERSON,<br><br>Debtor.<br><br>CWB HOLDINGS, LLC<br><br>Plaintiff,<br>v.<br><br>ANTHONY MARCUS ANDERSON and PATRICIA MARCELLO ANDERSON, husband and wife,<br><br>Defendants. | CHAPTER 7 PROCEEDING<br><br>No. 2:14-bk-12221-GBN<br><br>Adv. No. 2:14-ap-00927-GBN<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S CROSS MOTION TO PRECLUDE EVIDENCE**<br><br>(Assigned to the Honorable George B. Nielsen) |

Pursuant to Plaintiff's Motion to Continue Hearing on Plaintiff's Cross Motion to Preclude Evidence Scheduled for August 2, 2016, and good cause appearing,

1  IT IS HEREBY ORDERED resetting the hearing currently scheduled for August 2, 2016
2  at 11:00 a.m. to the 17th day of August, 2016, at 10:00 a.m.

3  IT IS FURTHER ORDERED also resetting the pre-trial conference currently scheduled
4  for August 16, 2016 at 10:30 a.m. to the 17th day of August, 2016, at 10:00 a.m.

6  DATED this _____ day of _____, 2016.