Patrick J. Davis, #013808
S. Matt Collins, #012095
David W. Garbarino, #022452
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona  85016
Telephone: 602.889.8150
Facsimile: 602.889.8155
patrick.davis@fnf.com
matt.collins@fnf.com
david.garbarino@fnf.com
*Attorneys for CWB Holdings, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In RE:<br><br>PATRICIA MARCELLO ANDERSON and ANTHONY MARCUS ANDERSON,<br><br>Debtor.<br><br>―――<br><br>CWB HOLDINGS, LLC<br><br>Plaintiff,<br>v.<br><br>ANTHONY MARCUS ANDERSON and PATRICIA MARCELLO ANDERSON, husband and wife,<br><br>Defendants. | **CHAPTER 7 PROCEEDING**<br><br>No. 2:14-bk-12221-GBN<br><br>Adv. No. 2:14-ap-00927-GBN<br><br>**DISCOVERY REPORT AND SUPPLEMENT TO MOTION TO PRECLUDE EVIDENCE**<br><br>(Assigned to the Honorable George B. Nielsen) |

As ordered by the Court, CWB Holdings, LLC hereby reports on the Anderson's compliance with the June 7, 2016, discovery order, Doc 59.  CWB also supplements its objection

to the extension of discovery deadlines and to preclude evidence, Doc. 56, because the Anderson's seek to add a new witness.

Since June 7, 2016, the following has occurred:

1. June 29, 2016, the Anderson's produced documents identified as the "Wilenchik file".
2. June 30, 2016, Dennis Wilenchik confirms to Plaintiff's counsel, by e-mail, that he has "no recall" of this matter.
3. July 5, 2016, Anderson's delivered a check in the amount of $2,292.20 for payment of attorneys' fees ordered by the Court.
4. July 6, 2016, by e-mail, the Anderson's purport to make "additional witness disclosure" of Amy Sells (Reyes).[1]

Since filing their response to CWB's Motion for Partial Summary Judgment on October 26, 2015, the Anderson's have maintained that they did not release their lis pendens upon "his", Mr. Wilenchik's advice. Anderson's Statement of Facts. Doc 30 at ¶ 6. The Anderson's did not disclose any witness other than themselves and Mr. Wilenchik prior to the May 31, 2016, discovery deadline. Moreover, Mr. Wilenchik is the only attorney listed on the Anderson's list of Witnesses and Exhibits filed May 24, 2016. Counsel for the Andersons also stated, at the June 7, 2016, hearing on the Anderson's Motion for Extension of Time to File a List of Exhibits and Complete Formal Discovery, that "the only thing that still needs to be done is the deposition of Mr. Wilenchik." Minute Entry, Doc 59 at p. 2. Now, nearly 2 months after the discovery deadline, the Anderson's seek to add another attorney witness, Amy Sells, explaining that it was not known, until just now, that Mr. Wilenchik is not competent to testify regarding the facts alleged in support of their advice of counsel defense. In other words, the Andersons seek to replace their witness and tell a new story because, if forced to testify, Mr. Wilenchik will not testify to the facts they have alleged. The Anderson's 11th hour revision of their story is also particularly troublesome considering that they did not, as this Court has recognized, raise an advice of counsel defense in

---

[1] Email attached hereto as Exhibit A.

the underlying state court proceedings.

Contrary to the Debtor's excuse for not previously disclosing this new witness, Ms. Sells, formerly, Amy Reyes, is long known to the Anderson's. Ms. Sells was an associate to Mr. Wilenchik who represented the Anderson's in the state Court proceedings.[2] Obviously, the Andersons have known that fact since 2008. Moreover, Ms. Sells as Amy Reyes, signed the releases of lis pendens and response to CWB's Application for Order Show Cause from the state court proceedings which the Anderson's attached to their October 26, 2015 Statement of Facts in response to CWB's motion for partial summary judgment filed in this action. Doc 30, Exhibits E and F.

The Anderson's did not request to extend the deadline for listing witnesses in May and they do not even request leave to amend their list of witnesses until now. So, CWB must, anticipatorily, seek to preclude the testimony. There is no good cause to allow the Anderson's to change their story as to whom purportedly gave them advice. There is simply no basis to extend the discovery and disclosure deadlines for a never before disclosed witness. This Court should not extend the deadline to list witnesses and the testimony of Ms. Sells should be precluded.

DATED this 11th day of July, 2016.

/s/ Patrick J. Davis
Patrick J. Davis
S. Matt Collins
David W. Garbarino
**FIDELITY NATIONAL LAW GROUP**
2355 East Camelback Road, Suite 900
Phoenix, Arizona 85016
*Attorneys for Plaintiff CWB Holdings, LLC*

---

[2] Notably, the Anderson's do not even disclose what Ms. Sells knows or what she will testify.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2016, I electronically transmitted the foregoing instrument to the Clerk of Court, using the CM/ECF system for filing and for transmittal of a Notice of Electronic filing to all registered CM/ECF parties.

Danette Valencia