# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | PATRICIA MARCELLO & ANTHONY MARCUS ANDERSON |
| **Case Number:** | 2:14-bk-12221-GBN    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 01, 2016 09:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | SELVINA BENNINK |

## *Matter:*

ADV: 2-14-00927

**CWB HOLDINGS, LLC vs ANTHONY MARCUS ANDERSON & PATRICIA MARCELLO ANDERSON**

EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING SECTION 523(A)(6) CLAIM.

R / M #:   1 / 0

## *Appearances:*

PATRICK J. DAVIS, ATTORNEY FOR CWB HOLDINGS, LLC

ADAM E. HAUF, ATTORNEY FOR ANTHONY MARCUS ANDERSON, PATRICIA MARCELLO ANDERSON

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)... 2:14-bk-12221-GBN     THURSDAY, SEPTEMBER 01, 2016 09:00 AM

### *Proceedings:*

The Court questioned if there were any pre-hearing matters to address.

Mr. Hauf advised that no witnesses that were not previously disclosed will be called.

Mr. Davis requested that Mr. Wilenchik be excluded from the courtroom until his presence is necessary.

Mr. Wilenchik left the courtroom.

The Court discussed the history of the case.


PLAINTIFF'S EXHIBITS ADMITTED: 1-3, 4, 7

DEFENDANT'S EXHIBITS ADMITTED: 2, 11, 15, 25


**DENNIS WILENCHIK** was sworn in and Mr. Hauf conducted direct examination of the witness. Mr. Davis cross examined the witness, Mr. Hauf re-directed the witness, and the Court questioned the witness. Mr. Davis re-cross examined and Mr. Hauf re-directed.

The Defendants rested their case in chief.

**ANTHONY MARCUS ANDERSON** was sworn in and Mr. Davis conducted direct examination of the witness. Mr. Hauf cross examined the witness, Mr. Davis re-directed, and the Court questioned the witness. Mr. Hauf re-cross examined and Mr. Davis re-directed.

Mr. Davis moved to admit the deposition of Mr. Anderson.

Mr. Hauf objected.

Mr. Davis withdrew his request and advised that the Plaintiff rests.

COURT: IT IS ORDERED THAT SIMULTANEOUS CLOSING BRIEFS SHALL BE SERVED AND

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...　　2:14-bk-12221-GBN　　　　THURSDAY, SEPTEMBER 01, 2016 09:00 AM

FILED NO LATER THAN THE CLOSE OF BUSINESS ON FRIDAY, OCTOBER 21, 2016. IF EITHER SIDE WOULD LIKE TO FILE A RESPONSE, THEY MADE DO SO, BUT IT IS NOT REQUIRED. ANY SUCH RESPONSE SHALL BE SERVED AND FILED NO LATER THAN THE CLOSE OF BUSINESS ON FRIDAY NOVEMBER 18, 2016.

IT IS FURTHER ORDERED SETTING CLOSING ARGUMENTS AT ORAL ARGUMENT ON DECEMBER 1, 2016 AT 11:00 AM.

Case 2:14-ap-00927-GBN    Doc 80    Filed 09/01/16    Entered 09/01/16 14:53:57    Desc
Main Document    Page 3 of 3

09/01/2016    2:53:46PM